

June 20, 2024

Application granted.

**BY ECF**
Honorable Ronnie Abrams
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, New York, NY 10007

SO ORDERED.

_____
Hon. Ronnie Abrams
June 21, 2024

    Re:    **Simone Evans v. City of New York, et al.**
              **Civil Action No.: 1:24-CV-3298**

Dear Judge Abrams:

    This firm represents Defendants Amtex Systems Inc. and Peter Mule′ (collectively, "the Amtex Defendants") in the above-referenced action. Pursuant to Rule 1(D) of your Honor's Individual Rules, we respectfully submit this letter-motion to request an extension of time, from June 21, 2024 to August 26, 2024, for the Amtex Defendants to respond to the Complaint.

    On June 18, 2024, the Court granted the request by the other defendants in this matter (the City Defendants) to extend their deadline to respond until August 26, 2024. (ECF 24).

    Our firm has just been retained in this matter and the additional time will allow us to review and investigate the factual allegations of the Complaint and to prepare an appropriate response.

    This is the Amtex Defendants' first request for an extension of time. Plaintiff's counsel consents to the proposed extension.

    Accordingly, for the reasons set forth above, the Amtex Defendants respectfully request that the Court extend their deadline for responding to the Complaint until August 26, 2024.

    We thank the Court for its consideration in this matter.

                                            Respectfully submitted,

                                           /s/ *Melinda Chester-Spitzer*

                                           Melinda Chester-Spitzer