UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIMONE EVANS,

                Plaintiff,

v.

NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY; PETER MULÉ; AMTEX SYSTEMS INC.; JIMMY AHN; NERAMATIE JAGDEO; and JOSEPH SCALISI sued in their individual capacity,

                Defendants.

24-CV-3298 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In light of the parties' ongoing efforts to finalize a settlement agreement, this action is hereby stayed pending further order of the Court.

SO ORDERED.

Dated:    March 5, 2025
             New York, New York

                                          Ronnie Abrams
                                          United States District Judge